plaintiffs. In any event, the jury's verdict on negligence was consistent with the verdict in the damages phase.

Accordingly, the judgments should be reversed and a new trial granted. In view of our determination, plaintiffs' appeals from the order denying plaintiffs' motion to set aside the verdict on damages should be dismissed.

GREEN, PINE, CALLAHAN and FALLON, JJ., concur.

Judgment unanimously reversed, on the law, with costs to plaintiffs, and new trial granted.

GEORGE A. DANGLER et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. PAUL J. HAND, Individually and as Parent and Natural Guardian of AMANDA E. HAND, an Infant, et al., Appellants-Respondents, v TOWN OF WHITESTOWN, Respondent-Appellant. JOHN BUSACKER, JR., et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. ROBERT F. LEININGER et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. RUSSELL RAUSCHER et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. (Appeal No. 2.) [671 NYS2d 399]—Judgment unanimously reversed, on the law, with costs to plaintiffs, and new trial granted. Same opinion by Denman, P. J., as in *Dangler v Town of Whitestown* ([appeal No. 1], 241 AD2d 290 [decided herewith]). Present—DENMAN, P. J., GREEN, PINE, CALLAHAN and FALLON, JJ.

GEORGE A. DANGLER et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. PAUL J. HAND et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. JOHN BUSACKER, JR., et al., Appellants-Respondents, v TOWN OF WHITESTOWN, Respondent-Appellant. ROBERT F. LEININGER et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. RUSSELL RAUSCHER et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. (Appeal No. 3.) [671 NYS2d 378]—Judgment unanimously reversed, on the law, with costs to plaintiffs, and new trial granted. Same opinion by Denman, P. J., as in *Dangler v Town of Whitestown* ([appeal No. 1], 241 AD2d 290 [decided herewith]). Present—DENMAN, P. J., GREEN, PINE, CALLAHAN and FALLON, JJ.

GEORGE A. DANGLER et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. PAUL J. HAND et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. JOHN BUSACKER, JR., et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. ROBERT F. LEININGER et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. RUSSELL RAUSCHER et al., Appellants-Respondents, v TOWN OF WHITESTOWN, Respondent-Appellant. (Appeal No. 4.) [671 NYS2d 399]—Judgment unanimously reversed, on the law, with costs to plaintiffs, and new trial granted. Same opinion by Denman,

P. J., as in *Dangler v Town of Whitestown* ([appeal No. 1], 241 AD2d 290 [decided herewith]). Present—DENMAN, P. J., GREEN, PINE, CALLAHAN and FALLON, JJ.

GEORGE A. DANGLER et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. PAUL J. HAND et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. JOHN BUSACKER, JR., et al., Plaintiffs, v TOWN OF WHITESTOWN, Defendant. ROBERT F. LEININGER, Individually and as Parent and Natural Guardian of HEATHER L. LEININGER, an Infant, et al., Appellants-Respondents, v TOWN OF WHITESTOWN, Respondent-Appellant. (Appeal No. 5.) [671 NYS2d 378]—Judgment unanimously reversed, on the law, with costs to plaintiffs, and new trial granted. Same opinion by Denman, P. J., as in *Dangler v Town of Whitestown* ([appeal No. 1], 241 AD2d 290 [decided herewith]). Present—DENMAN, P. J., GREEN, PINE, CALLAHAN and FALLON, JJ.

GEORGE A. DANGLER et al., Appellants, v TOWN OF WHITESTOWN, Respondent. PAUL J. HAND, Individually and as Parent and Natural Guardian of AMANDA E. HAND, an Infant, et al., Appellants, v TOWN OF WHITESTOWN, Respondent. JOHN BUSACKER, JR., et al., Appellants, v TOWN OF WHITESTOWN, Respondent. ROBERT F. LEININGER, Individually and as Parent and Natural Guardian of HEATHER L. LEININGER, an Infant, et al., Appellants, v TOWN OF WHITESTOWN, Respondent. RUSSELL RAUSCHER et al., Appellants, v TOWN OF WHITESTOWN, Respondent. (Appeal No. 6.) [671 NYS2d 398]—Appeals unanimously dismissed, without costs. Same opinion by Denman, P. J., as in *Dangler v Town of Whitestown* ([appeal No. 1], 241 AD2d 290 [decided herewith]). Present—DENMAN, P. J., GREEN, PINE, CALLAHAN and FALLON, JJ.